FILED ___ ENTERED
LODGED ___ RECEIVED

APR 28 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

07-CV-01396-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUKESH SINGH, )  CASE NO. C07-1396-JLR
) 
Petitioner, )
)
v. )  ORDER GRANTING PETITION FOR
)  WRIT OF HABEAS CORPUS
MICHAEL CHERTOFF, et al., )
)
Respondents. )
)

The Court, having reviewed the Report and Recommendation and the Supplemental Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses thereto, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation and Supplemental Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus (Dkt. # 1) is GRANTED, Respondents' Motion to Dismiss (Dkt. # 8), and Supplemental Motion to Dismiss (Dkt. # 15) are DENIED;

(3) The Court STRIKES Petitioner's Motion for Judicial Notice (Dkt. # 21) as moot;

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -1

(4) This matter is REMANDED to the Seattle Immigration Court for the purpose of providing petitioner with an individualized bond hearing within <u>30 days of the date of this Order</u>. The Immigration Judge is to determine whether and under what conditions petitioner may be released from custody pending petitioner's Petition for Review in the Ninth Circuit Court of Appeals; and

(5) The Clerk shall send a copy of this Order to the parties, and to the Honorable Mary Alice Theiler.

DATED this 28th day of April, 2008.

JAMES L. ROBART
United States District Judge

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -2